

FILED
5/18/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JKS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES C. LAKE, JR.,<br>also known as James Lake | Case No.  26 CR 221<br><br>Violation: Title 18, United States Code,<br>Section 922(g)(1) |

<div style="color:red">

1:26-cr-00221
Judge Joan H. Lefkow
Magistrate Judge Jeannice W. Appenteng
Random/Cat 4

</div>

The SPECIAL APRIL 2025 GRAND JURY charges:

On or about May 11, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

JAMES C. LAKE, JR.,

also known as James Lake, defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Llama (Gabilando y Cia), Model IIIA, .380 caliber semi-automatic handgun, bearing serial number A84046, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL APRIL 2025 GRAND JURY alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited includes, but is not limited to, a Llama (Gabilando y Cia), Model IIIA, .380 caliber semi-automatic handgun, bearing serial number A84046, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ANDREW S. BOUTROS
United States Attorney

2